

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00108-CR

**IN RE** Frediz **DE LA CRUZ** De La Cruz and Elio Enay Rudamas,
Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: April 6, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On February 21, 2022, Relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Relators' efforts to have the Honorable Stephen B. Ables, Presiding Judge of the Sixth Administrative Judicial Region, Kerr County, Texas, to reinstate three county court at law judges "to alleviate the crowded dockets in Kinney County."